■ O. WARD EGGELSTON, JR., Respondent, v. 161 W. 57 INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ CHARLES CHELNIK et al., Appellants, v. ROBERT F. WAGNER, Individually and as Mayor of the City of New York, et al., Respondents.— Judgment and the order, so far as appealed from, affirmed with costs. No opinion. Peck, P. J., Botein and Cox, JJ., concur; Breitel and Rabin, JJ., dissent and vote to reverse. [2 Misc 2d 29.]

■ LASKER-GOLDMAN CORPORATION et al., Respondents, v. JOHN KLEINHANS, Doing Business as THE INTERBORO COMPANY, et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ LUCIEN R. THARAUD, Appellant, v. BARBARA E. EHRICH, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of FINCHLEY, INC., Appellant-Respondent, against TAX COMMISSION OF THE CITY OF NEW YORK, Respondent-Appellant. [564 Fifth Ave., Borough of Manhattan.] — Order unanimously reversed and assessments reinstated for each of the years involved, 1952–53, 1953–54 and 1954–55. On this record the assessed valuations are justified. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of HARRY ROSENBERG, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [560 Fifth Ave., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of 505 EIGHTH AVENUE CORP., Respondent, against TAX COMMISSION OF THE CITY OF NEW YORK, Appellants. [505 Eighth Ave., Borough of Manhattan.] — Order unanimously reversed, with $20 costs and disbursements to the appellants and assessments reinstated on the ground that the petitioner failed to rebut the fairness of the assessments. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ JEAN BIRKEN, Appellant, v. JACK BERNSTEIN, Respondent.— Judgment affirmed, with costs. No opinion. Breitel, Botein and Rabin, JJ., concur; Peck, P. J., and Cox, J., dissent and vote to reverse and grant judgment for plaintiff.

■ BENJAMIN G. EMDEN et al., Individually and as Stockholders of ADISON-AD LIB CAFE, INC., Suing on Behalf of Themselves and All Other Stockholders of Said Corporation and in the Right of Said Corporation, Respondents, v. ELVIN I. UNTERMAN, Appellant, et al., Defendant.— There are issues of fact raised by the pleadings and affidavits that can only be resolved upon trial, particularly the issue as to whether the seller made satisfactory arrangements for the satisfaction of the chattel mortgage as provided in para-·graph 36 of the agreement. Defendant concedes, however, that plaintiffs are entitled to $4,000 out of the escrow fund. In fact, he has on two occasions tendered that amount, although not in strict conformity with section 174-a of the Civil Practice Act. Accordingly, the judgment is vacated and the order modified to the extent of granting partial summary judgment in favor of plaintiffs in the amount of $4,000, without interest and with costs to the defendant. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.